UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § § § | |
| V. | § § | CIVIL ACTION NO **B - 02 ' 0 0 3** |
| BIGBEE TRANSPORTATION, INC., AND GEORGE TURNER | § § § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Bigbee Transportation, Inc., pursuant to 28 U.S.C. § 1446, files the following notice of removal of a civil action from state court:

1.      On 29 August 2001, Plaintiffs, Ramiro Balli and Consuelo Balli filed suit against Defendants, Bigbee Transportation, Inc., and George Turner, in the County Court at Law No. One of Cameron County, Texas.  Plaintiffs claim personal injury damages suffered in an automobile accident alleged to be the result of Defendants' negligence.

2.      Defendant, Bigbee Transportation, Inc., was served and appeared and answered the Plaintiffs' suit. Defendant, George Turner, to date has not been served and has not appeared in answer to the suit.

3.      On 31 December 2001, Plaintiffs filed their First Amended Original Petition, alleging for the first time a dollar amount of claimed damages.  Defendant, Bigbee Transportation, Inc., files this Notice of Removal within 30 days of receipt of the amended pleading, from which it first was ascertained that the case is removable.

4.     The case is removable because there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest, costs, and attorney's fees.  Plaintiffs are citizens of Texas.  Defendant, Bigbee Transportation, Inc., is a Missouri corporation with its principal place of business in Missouri.  Defendant, George Turner, was a citizen of Missouri and now apparently is a citizen of Louisiana.  Plaintiffs' amended pleading seeks personal injury damages of $750,000.

5.     All pleadings, process, orders, and all other filings in the state court action, along with a copy of the docket sheet, are attached to this notice.  Also attached are an index of matters being filed and a list of all counsel of record, as required by local rules. Defendant, Bigbee Transportation, Inc., contemporaneously is filing a copy of this notice of removal with the clerk of the state court.

6.     Plaintiffs have demanded a jury in the state court action.

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY: _____
L. Nelson Hall (Fed. ID 6142)
State Bar No. 08785800
**COUNSEL    FOR    DEFENDANT,
BIGBEE TRANSPORTATION, INC.**

2

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 8 January 2002.

L. Nelson Hall

**VIA CMRRR 7001 1940 0005 4572 2423**
Mr. Eddie Trevino, Jr.
LAW OFFICE OF EDDIE TREVINO, JR.
545 E. 7th Street
Brownsville, Texas 78520

3

# T THE LAW OFFICE OF EDDIE TREVINO, JR.

545 E. 7TH ST.
BROWNSVILLE, TX 78520
PH.  (956) 554-0683
FAX  (956) 554-0693
e-mail: etrevin@dellepro.com



**RECEIVED**

2:05 P.M.

AUG 2 9 2001

JOE G. RIVERA
CAMERON COUNTY CLERK

By _____ Deputy
Time_____Date_____

August 29, 2001

Court Clerk
Civil Court at Law
Cameron County Courthouse
974 E. East Harrison Street
Brownsville, Texas 78520

Re:   Ramiro Balli and Consuelo Balli vs. Bigbee Transportation, Inc. and
George Turner In the County Court at Law
Our File No. 20-161

**Dear County Clerk:**

Enclosed for filing, please find a Plaintiff's Original Petition in the above-referenced matter.

I have enclosed my firm **check # 1297** in the amount of **$311.00** payable to Joe Rivera County Clerk for **filing fees, citations, service** and **jury demand fees.**

We would appreciate you file stamping the enclosed extra copies of the foregoing documents and forwarding it to our office.

As always, your kind attention to this matter is greatly appreciated.

Sincerely,

The Law Office of Eddie Trevino, Jr.

By: _____
Eddie Trevino, Jr.

Encl.
ETJ/el

CAUSE NO. 2001-CCL-7106-A

FILED FOR RECORD

AT_____ O'CLOCK _____M

JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § | IN THE COUNTY COURT |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| VS. | § | AT LAW NO. |
| | § | |
| | § | |
| BIGBEE TRANSPORTATION, INC. | § | |
| AND GEORGE TURNER | § | |
| | § | |
| DEFENDANTS | § | CAMERON COUNTY, TEXAS |

## PLAINTIFFS ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **RAMIRO BALLI AND CONSUELO BALLI**, Plaintiffs complaining of Defendants **BIGBEE TRANSPORTATION, INC.** and **GEORGE TURNER** and for cause would show the following:

### I.

Discovery will be conducted under Level II.

### II.

Plaintiffs are now and at all times have been residents of Cameron County, Texas.

Defendant **BIGBEE TRANSPORTATION, INC.** may be served with process by serving its registered agent for service, Ralph E. Thomas, 2025

Highway 45 North, Columbus, Missouri by certified mail, return receipt requested.

Defendant **GEORGE TURNER** is an individual and may be served at; 50140 Schoolhouse Road, Aberdeen, Missouri 39730 by certified mail, return receipt requested.

## III.

On September 16, 1999, the intersection of International Blvd. and East Washington were public roads located within Brownsville, Cameron County, Texas.

## IV.

On September 16, 1999, Plaintiff **RAMIRO MANUEL BALLI** was operating his black Geo Prizm and Plaintiff **CONSUELO BALLI** was a passenger in said vehicle. Defendant **GEORGE TURNER** while in the course and scope of his employment with Defendant **BIGBEE TRANSPORTATION, INC.** was operating a white Peterbilt tractor truck owned by Defendant **BIGBEE TRANSPORTATION, INC.**

Both vehicles were stopped facing northeast on the right lane of the 1500 block of E. Washington Street, at the intersection of International Blvd. in Brownsville, Cameron County, Texas. Defendant **GEORGE TURNER'S** truck which was behind Plaintiff's vehicle, proceeded forward when it was unsafe to do so and its front bumper collided with the rear bumper of Plaintiff's vehicle. Defendant **GEORGE TURNER** was at fault and was cited for causing the collision made the basis of this lawsuit.

## V.

On September 16, 1999, Defendant **GEORGE TURNER** operated a 1995 White Peterbilt Tractor Truck, owned by Defendant **BIGBEE TRANSPORTATION, INC.**, in a negligent manner when it pulled away unsafely from a stopped position and caused the collision in question in Brownsville, Cameron County, Texas.

## VI.

The accident and resulting damages and injuries to Plaintiffs were proximately caused by Defendants' negligence in the following aspects:

a.) Driver inattention;

b.) Failing to keep a proper lookout as an ordinary person would have kept under the same or similar circumstances;

c.) In failing to operate his vehicle in such manner as a person using ordinary prudence would have operated his vehicle under the same or similar circumstances.

d.) In failing to have proper control of the vehicle Defendant was driving;

e.) Each of these acts and omissions, singularly or in combination with others, constituted negligence, which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

f.) As a direct and proximate result of the negligence of Defendant, Plaintiffs were damaged and injured.

## VII.

On September 16, 1999, Defendant **BIGBEE TRANSPORTATION, INC.** entrusted its company truck to Defendant **GEORGE TURNER** who was driving the vehicle with the knowledge, consent and permission of Defendant **BIGBEE TRANSPORTATION, INC.**  Defendant **BIGBEE TRANSPORTATION, INC.** knew or in the exercise of ordinary care should have known that Defendant **GEORGE TURNER** was a reckless, careless or incompetent driver who was unfit to be trusted with custody and control of this vehicle.

## VIII.

As a proximate cause of the negligence of the Defendants, Plaintiffs have suffered personal injuries and have been caused to incur expenses for medical care and treatment.

The medical expenses incurred were necessary for care and treatment of the injuries sustained by Plaintiffs, and the charges made and to be made are usual and customary charges for such services in the place where they incurred. As a proximate cause of the negligence of the Defendants, Plaintiffs will in reasonable medical probability continue to incur in the future, medical expenses for the treatment of their injuries.

## IX.

Plaintiffs have been caused to endure great mental and physical pain and suffering as a result of the negligence of the Defendants and will in reasonable medical probability continue to suffer both physical and mental pain and suffering for the rest of their lives. They have suffered loss of wages, permanent loss of wage earning capacity, past medical expenses, future medical expenses and physical impairment in the past and future.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs pray for judgment in the amount in excess of the jurisdiction limits of this court, together with court costs, pre-judgment and post–judgment interest and disbursements herein. Plaintiffs further pray for such other and further relief, as the Court may deem proper.

Respectfully Submitted,

The Law Office of Eddie Trevino, Jr.  454801
545 E. 7th Street
Brownsville, Texas 78520
Tel No. (956) 554-0683
Fax No. (956) 554-0693

By: _Eddie J_____
    Eddie Trevino, Jr.

## PLAINTIFFS HEREBY DEMAND TRIAL BY JURY



# T THE LAW OFFICE OF EDDIE TREVINO, JR.

545 E. 7TH ST.
BROWNSVILLE, TX 78520
PH. (956) 554-0683
FAX (956) 554-0693
e-mail: etrevin@dellepro.com

RECEIVED

AUG 29 2001

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy
Time __2:55pm__ Date _____

August 29, 2001

Court Clerk
Civil Court at Law
Cameron County Courthouse
974 E. East Harrison Street
Brownsville, Texas 78520

Re:   Ramiro Balli and Consuelo Balli vs. Bigbee Transportation, Inc. and
George Turner In the County Court at Law
Our File No. 20-161

Dear County Clerk:

Enclosed for filing, please find a Plaintiff's Original Petition in the above-referenced matter.

I have enclosed my firm check # 1297 in the amount of $311.00 payable to Joe Rivera County Clerk for filing fees, citations, service and jury demand fees.

We would appreciate you file stamping the enclosed extra copies of the foregoing documents and forwarding it to our office.

As always, your kind attention to this matter is greatly appreciated.

Sincerely,

The Law Office of Eddie Trevino, Jr.

By: _____
Eddie Trevino, Jr.

Encl.
ETJ/el

CAUSE NO. 2004 -CCL- 766-A

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § | IN THE COUNTY COURT |
| PLAINTIFFS | § | |
| | § | |
| VS. | § | AT LAW NO. 1 OF |
| | § | |
| | § | |
| BIGBEE TRANSPORTATION, INC. AND GEORGE TURNER | § | |
| | § | |
| DEFENDANTS | § | CAMERON COUNTY, TEXAS |

**FILED FOR RECORD**
AT____ O'CLOCK ___M
AUG ...
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

## PLAINTIFFS ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **RAMIRO BALLI AND CONSUELO BALLI**, Plaintiffs complaining of Defendants **BIGBEE TRANSPORTATION, INC.** and **GEORGE TURNER** and for cause would show the following:

I.

Discovery will be conducted under Level II.

II.

Plaintiffs are now and at all times have been residents of Cameron County, Texas.

Defendant **BIGBEE TRANSPORTATION, INC.** may be served with process by serving its registered agent for service, Ralph E. Thomas, 2025

2001-CCL-0766A

Highway 45 North, Columbus, Missouri by certified mail, return receipt requested.

Defendant **GEORGE TURNER** is an individual and may be served at; 50140 Schoolhouse Road, Aberdeen, Missouri 39730 by certified mail, return receipt requested.

### III.

On September 16, 1999, the intersection of International Blvd. and East Washington were public roads located within Brownsville, Cameron County, Texas.

### IV.

On September 16, 1999, Plaintiff **RAMIRO MANUEL BALLI** was operating his black Geo Prizm and Plaintiff **CONSUELO BALLI** was a passenger in said vehicle. Defendant **GEORGE TURNER** while in the course and scope of his employment with Defendant **BIGBEE TRANSPORTATION, INC.** was operating a white Peterbilt tractor truck owned by Defendant **BIGBEE TRANSPORTATION, INC.**

Both vehicles were stopped facing northeast on the right lane of the 1500 block of E. Washington Street, at the intersection of International Blvd. in Brownsville, Cameron County, Texas. Defendant **GEORGE TURNER'S** truck which was behind Plaintiff's vehicle, proceeded forward when it was unsafe to do so and its front bumper collided with the rear bumper of Plaintiff's vehicle. Defendant **GEORGE TURNER** was at fault and was cited for causing the collision made the basis of this lawsuit.

## V.

On September 16, 1999, Defendant **GEORGE TURNER** operated a 1995 White Peterbilt Tractor Truck, owned by Defendant **BIGBEE TRANSPORTATION, INC.**, in a negligent manner when it pulled away unsafely from a stopped position and caused the collision in question in Brownsville, Cameron County, Texas.

## VI.

The accident and resulting damages and injuries to Plaintiffs were proximately caused by Defendants' negligence in the following aspects:

a.) Driver inattention;

b.) Failing to keep a proper lookout as an ordinary person would have kept under the same or similar circumstances;

c.) In failing to operate his vehicle in such manner as a person using ordinary prudence would have operated his vehicle under the same or similar circumstances.

d.) In failing to have proper control of the vehicle Defendant was driving;

e.) Each of these acts and omissions, singularly or in combination with others, constituted negligence, which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

f.) As a direct and proximate result of the negligence of Defendant, Plaintiffs were damaged and injured.

## VII.

On September 16, 1999, Defendant **BIGBEE TRANSPORTATION, INC.** entrusted its company truck to Defendant **GEORGE TURNER** who was driving the vehicle with the knowledge, consent and permission of Defendant **BIGBEE TRANSPORTATION, INC.** Defendant **BIGBEE TRANSPORTATION, INC.** knew or in the exercise of ordinary care should have known that Defendant **GEORGE TURNER** was a reckless, careless or incompetent driver who was unfit to be trusted with custody and control of this vehicle.

## VIII.

As a proximate cause of the negligence of the Defendants, Plaintiffs have suffered personal injuries and have been caused to incur expenses for medical care and treatment.

The medical expenses incurred were necessary for care and treatment of the injuries sustained by Plaintiffs, and the charges made and to be made are usual and customary charges for such services in the place where they incurred. As a proximate cause of the negligence of the Defendants, Plaintiffs will in reasonable medical probability continue to incur in the future, medical expenses for the treatment of their injuries.

**COPY**

Citation for Personal Service  – BY CERTIFIED MAIL          Lit. Seq. # 5.004.01

No. 2001-CCL-00766-A

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: GEORGE TURNER

50140 SCHOOLHOUSE ROAD
ABERDEEN, MISSOURI 39730

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
ORIGINAL PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 1 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
EDDIE TREVINO JR        (Attorney for Plaintiff or Plaintiff),
whose address is 3505 BOCA CHICA BLVD. BROWNSVILLE TEXAS  78521
on the 29th day of AUGUST , A.D. 2001, in this case numbered 2001-CCL-00766-A
on the docket of said court, and styled,

RAMIRO BALLI AND CONSUELO BALLI
vs.
BIGBEE TRANSPORTATION, INC. AND GEORGE TURNER

The nature of Plaintiff's demand is fully shown by a true and correct copy
of Plaintiff's _____ORIGINAL PETITION_____

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville,
Texas, this the 4th day of SEPTEMBER, A.D. 2001.

JOE G. RIVERA_____, County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178)

By:_____ALMA DE LA GARZA_____ Deputy

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the  4th of
SEPTEMBER, 2001, I mailed to

GEORGE TURNER
by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.  627938157
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

JOE G. RIVERA_____, County Clerk
Cameron County, Texas

By:_____ALMA DE LA GARZA_____, Deputy

ATTACH RETURN RECEIPTS WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a)(2)  The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.
Sec. 17.027 Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER          TITLE

ADDRESS

CITY          STATE          ZIP

FILED FOR RECORD
AT____O'CLOCK____M
SEP 17 2001
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____Dep.

Citation for Personal Service — BY CERTIFIED MAIL        Lit. Seq. # 5.004.01

No. 2001-CCL-00766-A

# T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: GEORGE TURNER

50140 SCHOOLHOUSE ROAD
ABERDEEN, MISSOURI 39730

the _____ DEFENDANT _____ , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 1 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
EDDIE TREVINO JR          (Attorney for Plaintiff or Plaintiff),
whose address is 3505 BOCA CHICA BLVD. BROWNSVILLE TEXAS  78521
on the 29th day of AUGUST , A.D. 2001, in this case numbered 2001-CCL-00766-A
on the docket of said court, and styled,

RAMIRO BALLI AND CONSUELO BALLI
vs.
BIGBEE TRANSPORTATION, INC. AND GEORGE TURNER

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ ORIGINAL PETITION

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, this the 4th day of SEPTEMBER, A.D. 2001.

JOE G. RIVERA          , County Clerk
Cameron County
974 E. Harrison St.
(P. O. Box 2178)
Brownsville, Texas 78522-2178

By _____ Deputy
ALMA DE LA GARZA

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 4th of SEPTEMBER, 2001, I mailed to

GEORGE TURNER

by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.   627938157
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

JOE G. RIVERA          , County Clerk
Cameron County, Texas

By: _____ Deputy

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic

Article Sent To

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Name (Please Print Clearly) (To be completed by mailer)
GEORGE TURNER
Street, Apt. No.; or PO Box No.
50140 SCHOOLHOUSE ROAD

7000 0006 2793 8157

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.003.01

No. 2001-CCL-00766-A

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: BIGBEE TRANSPORTATION, INC.
BY SERVING REGISTERED AGENT, RALPH E. THOMAS
2025 HIGHWAY 45 NORTH
COLUMBUS, MISSOURI 39705

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 1 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by EDDIE TREVINO JR          (Attorney for Plaintiff or Plaintiff), whose address is 3505 BOCA CHICA BLVD. BROWNSVILLE TEXAS  78521 on the 29th day of AUGUST , A.D. 2001, in this case numbered 2001-CCL-00766-A on the docket of said court, and styled,

RAMIRO BALLI AND CONSUELO BALLI
vs.
BIGBEE TRANSPORTATION, INC. AND GEORGE TURNER

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ ORIGINAL PETITION

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on the 4th day of SEPTEMBER, A.D. 2001.

JOE G. RIVERA          , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _____ , Deputy
ALMA DE LA GARZA

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 4th of SEPTEMBER, 2001, I mailed to

BIGBEE TRANSPORTATION, INC.
by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.  627938188
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

JOE G. RIVERA        , County Clerk
Cameron County, Texas

By _____ Deputy

---

ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE

Rule 106 (a)(2):  The citation shall be served by mailing to the defendant, by Certified Mail, Return Receipt Requested, a true copy of the citation.
See Rule 627 of Rules of Civil Practice and Remedies Code, if not delivered to clerk of Court.

NAME OF PREPARER _____ TITLE

ADDRESS _____

CITY _____ STATE _____ ZIP

CAUSE NO. 2001-CCL-766-A

FILED FOR RECORD
AT ____ O'CLOCK ____ M
OCT 0 4 ...
JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § § § | IN THE COUNTY COURT |
| V. | § § | AT LAW NO. ONE |
| BIGBEE TRANSPORTATION, INC., AND GEORGE TURNER | § § § | CAMERON COUNTY, TEXAS |

TO THE HONORABLE COURT:

## DEFENDANT, BIGBEE TRANSPORTATION, INC.'S
## ORIGINAL ANSWER

TO THE HONORABLE COURT:

Bigbee Transportation, Inc., Defendant, files its answer to Plaintiff's Original Petition on file herein, and for such answer respectfully shows the Court as follows:

1.      This Defendant specially excepts to Plaintiffs' Original Petition on the grounds that it fails to state the maximum amount of damages claimed by Plaintiffs. Defendant objects that the pleading therefore fails to give Defendant fair notice of the extent of Plaintiffs' claim for damages. Defendant requests upon hearing the court sustain Defendant's objection and require Plaintiffs to replead in conformity.

2.      Defendant generally denies the material allegations contained in Plaintiffs' pleadings on file, says the same are untrue, and demands strict proof at trial by jury.

WHEREFORE, PREMISES CONSIDERED, Bigbee Transportation, Inc., Defendant, prays that upon final hearing hereof Plaintiffs take nothing by reason of this action, and that Defendant go hence with its costs and for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY: _____
L. Nelson Hall
State Bar No. 08785800
**COUNSEL   FOR   DEFENDANT,
BIGBEE TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 27 September 2001.

_____
L. Nelson Hall

**VIA CMRRR 7000 1670 0002 0918 5583**
Mr. Eddie Trevino, Jr.
LAW OFFICE OF EDDIE TREVINO, JR.
545 E. 7th Street
Brownsville, Texas 78520

2

CAUSE NO. 2001-CCL-766-A

| RAMIRO BALLI AND CONSUELO BALLI | § | IN THE COUNTY COURT |
|---|---|---|
| | § | |
| V. | § | AT LAW NO. ONE |
| | § | |
| BIGBEE TRANSPORTATION, INC., AND GEORGE TURNER | § | CAMERON COUNTY, TEXAS |

## ORDER SETTING HEARING DATE

It is hereby ordered that the special exceptions filed by the defendant in this matter shall be heard on November 13th, 2001, at 9:00 A.m., in the courtroom of the County Court at Law No. One, Cameron County, Texas.

SIGNED this the 11th day of Oct, 2001.

_____
JUDGE PRESIDING

*copies to:*   10/12/01

➥   L. Nelson Hall, DUNN & WEATHERED, P.C., 611 S. Upper Broadway, Corpus Christi, Texas 78401; Facsimile: 361-883-1599
➥   Mr. Eddie Trevino, Jr., LAW OFFICE OF EDDIE TREVINO, JR., 545 E. 7th Street, Brownsville, Texas 78520; Facsimile: 956-554-0693

JGR/LC



**DUNN & WEATHERED, P.C.**
ATTORNEYS AT LAW
611 S. UPPER BROADWAY
CORPUS CHRISTI, TX 78401



DAVID J. DUNN
FRANK WEATHERED*
*BOARD CERTIFIED
CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

(361) 883-1594
FAX (361) 883-1599

JOHN A. SMITH III
L. NELSON HALL†
LAWRENCE COFFEY
†MEMBER OF THE COLLEGE OF
THE STATE BAR OF TEXAS

27 September 2001

Mr. Joe G. Rivera, County Clerk
CAMERON COUNTY COURTHOUSE
P.O. Box 2178
Brownsville, Texas 78522

      RE:    Cause No. 2001-CCL-766-A; *Ramiro Balli and Consuelo Balli v. Bigbee Transportation, Inc., et al.*; County Court at Law No. One, Cameron County, Texas

Dear Mr. Rivera:

      Accompanying to be filed in the referenced matter please find Defendant, Bigbee Transportation, Inc.'s Original Answer along with an Order Setting Hearing date on its Special Exceptions. Please set this matter for hearing at the court's earliest convenience and notify the parties of the date and time.

      Please acknowledge receipt and filing of the aforementioned by marking the enclosed cover copy with your file stamp and returning in the envelope provided.

      By copy hereof, the enclosed is being served on counsel of record as indicated.

      Thank you for your attention and assistance to this matter.

                Very truly yours,

                L. Nelson Hall

LNH/mar
12.394
enclosures

RECEIVED BY MAIL

Mr. Joe G. Rivera, County Clerk
CAMERON COUNTY COURTHOUSE
27 September 2001
Page 2

cc:   **VIA CMRRR 7000 1670 0002 0918 5583**
      Mr. Eddie Trevino, Jr.
      LAW OFFICE OF EDDIE TREVINO, JR.
      545 E. 7th Street
      Brownsville, Texas 78520

# T

## THE LAW OFFICE OF EDDIE TREVINO, JR.

545 E. 7TH ST.
BROWNSVILLE, TX 78520
PH.  (956) 554-0683
FAX  (956) 554-0693
e-mail: etrevin@dellepro.com

October 9, 2001

Joe G. Rivera
Cameron County Clerk
974 E. Harrison
Brownsville, Tx. 78520

> Re:  Cause No. 2001-CCL-00766-A Ramiro and Consuelo Balli vs.
> Bigbee Transportations, Inc. and George Turner in the County
> Court at Law No. 1 of Cameron County, Texas
> **Our File: 20-161**

Dear Mr. Rivera:

Please re-issue citation on Defendant, **George Turner** in the above referenced matter.  Mr. Turner may be served at **50140 Schoolhouse Road, Aberdeen, Missouri 39730.** Enclosed is our firm **check No. 1352** in the amount of $4.00 made payable to Joe G. Rivera, Cameron County Clerk for the required filing fee.

As always, your kind attention to this matter is greatly appreciated.

Sincerely yours,

The Law Office of Eddie Trevino, Jr.

By: _____
Eddie Trevino, Jr.

ETJ/el

DUNN & WEATHERED, P.C.
ATTORNEYS AT LAW
611 S. UPPER BROADWAY
CORPUS CHRISTI, TX 78401

DAVID J. DUNN
FRANK WEATHERED*
*BOARD CERTIFIED
CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

(361) 883-1594
FAX (361) 883-1599

JOHN A. SMITH III
L. NELSON HALL†
LAWRENCE COFFEY
†MEMBER OF THE COLLEGE OF
THE STATE BAR OF TEXAS

13 November 2001

Mr. Joe G. Rivera, County Clerk
CAMERON COUNTY COURTHOUSE
P.O. Box 2178
Brownsville, Texas 78522

RE:   Cause No. 2001-CCL-766-A; *Ramiro Balli and Consuelo Balli v. Bigbee Transportation, Inc., et al.*; County Court at Law No. One, Cameron County, Texas

Dear Mr. Rivera:

Accompanying to be filed in the referenced matter please find a Rule 11 Agreement between the parties regarding amendment of pleadings. Please acknowledge receipt and filing of the aforementioned by marking the enclosed cover copy with your file stamp and returning in the envelope provided.

By copy hereof, the enclosed is being served on counsel of record as indicated.

Thank you for your attention and assistance to this matter.

Very truly yours,

L. Nelson Hall

LNH/mar
12.394
enclosure

RECEIVED BY MAIL

Mr. Joe G. Rivera, County Clerk
CAMERON COUNTY COURTHOUSE
13 November 2001
Page 2

cc:   **<u>VIA FIRST CLASS MAIL</u>**
      Mr. Eddie Trevino, Jr.
      LAW OFFICE OF EDDIE TREVINO, JR.
      545 E. 7th Street
      Brownsville, Texas 78520

Nov.12. 2001  4:22PM   LAW OFFICE OF EDDIE TREVINO
11/12/2001  14:31   6128031979   DUNN & WEATHERED

FILED FOR RECORD
AT _____ O'CLOCK ___ M
NOV 19 2001
JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

**DUNN & WEATHERED, P.C.**
ATTORNEYS AT LAW
611 S UPPER BROADWAY
CORPUS CHRISTI, TX 78401

(361) 883-1594
FAX (361) 883-1599

DAVID J. DUNN
FRANK WEATHERED*
*BOARD CERTIFIED
CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

JOHN A. SMITH III
L. NELSON HALL†
LAWRENCE COFFEY
†MEMBER OF THE COLLEGE OF
THE STATE BAR OF TEXAS

12 November 2001

**VIA TELEPHONIC TRANSFER**
Mr. Eddie Trevino, Jr.                                        956-554-0693
LAW OFFICE OF EDDIE TREVINO, JR.
545 E. 7th Street
Brownsville, Texas 78520

      RE:    Cause No. 2001-CCL-766-A; *Ramiro Balli and Consuelo Balli v. Bigbee Transportation, Inc., et al.*; County Court at Law No. One, Cameron County, Texas

Dear Mr. Trevino:

      This will confirm our agreement that Plaintiff will amend to state the maximum amount of damages claimed in the lawsuit within 45 days of this date.

      If this accurately reflects our agreement, please confirm by signing in the space provided below and return to me by telephonic document transfer so that I may file with the court as a Rule 11 Agreement. If this letter does not accurately reflect your understanding of our agreement, please contact me as soon as possible.

      I shall contact the court and have the hearing removed from the docket. I thank you for the professional courtesy, and in the meantime, I remain

Very truly yours,

L. Nelson Hall

LNH/mar
12.394

Eddie Trevino, Jr.

Case 1:02-cv-00003   Document 1   Filed in TXSD on 01/09/2002   Page 27 of 35

**DUNN & WEATHERED, P.C.**
ATTORNEYS AT LAW
611 S UPPER BROADWAY
CORPUS CHRISTI, TX 78401

———

(361) 883-1594
FAX (361) 883-1599

DAVID J. DUNN
FRANK WEATHERED*
*BOARD CERTIFIED
CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

JOHN A SMITH III
L NELSON HALL†
LAWRENCE COFFEY
†MEMBER OF THE COLLEGE OF
THE STATE BAR OF TEXAS

12 November 2001

<u>VIA TELEPHONIC TRANSFER</u>
Mr. Eddie Trevino, Jr.                                         956-554-0693
LAW OFFICE OF EDDIE TREVINO, JR
545 E. 7th Street
Brownsville, Texas 78520

    RE:    Cause No. 2001-CCL-766-A; *Ramiro Balli and Consuelo Balli v. Bigbee Transportation, Inc., et al.*; County Court at Law No. One, Cameron County, Texas

Dear Mr. Trevino:

    This will confirm our agreement that Plaintiff will amend to state the maximum amount of damages claimed in the lawsuit within 45 days of this date.

    If this accurately reflects our agreement, please confirm by signing in the space provided below and return to me by telephonic document transfer so that I may file with the court as a Rule 11 Agreement. If this letter does not accurately reflect your understanding of our agreement, please contact me as soon as possible.

    I shall contact the court and have the hearing removed from the docket. I thank you for the professional courtesy, and in the meantime, I remain

        Very truly yours,

        L. Nelson Hall

LNH/mar
12.594

Eddie Trevino, Jr.

Case 1:02-cv-00003   Document 1   Filed in TXSD on 01/09/2002   Page 28 of 35



# T THE LAW OFFICE OF EDDIE TREVINO, JR.

545 E. 7TH ST.
BROWNSVILLE, TX 78520
PH.  (956) 554-0683
FAX  (956) 554-0693
e-mail: etrevin@dellepro.com



December 31, 2001

**RECEIVED**

DEC 3 1 2001
JOE G. RIVERA
CAMERON COUNTY CLERK
By _____Deputy
Time_____ Date _____

Mr. Joe G. Rivera
Cameron County Clerk
974 E. Harrison
Brownsville, Texas 78520

Re:   Cause No. 2001-CCL-00766-A Ramiro Balli and Consuelo
Balli vs. Bigbee Transportation, Inc. and George Turner in
the County Court at Law No. 1 of Cameron County, Texas
Our File No. 20-161

Dear Mr. Rivera:

Enclosed for filing, please find Plaintiffs First Amended Original Petition in the above referenced matter.

I have also enclosed my firm check # 1476 in the amount of $65.00 payable to Joe G. Rivera, Cameron County Clerk for filing fees and citation on Defendant George Turner.

We would appreciate you file stamping the enclosed extra copy of the foregoing document and forwarding it to our office.  As noted hereunder, a copy of the foregoing and this letter have been served on all counsel of record.

As always, your kind attention to this matter is greatly appreciated.

Sincerely yours,

*The Law Office of Eddie Trevino, Jr.*

By: _____
Eddie Trevino, Jr.

ETJ/cb
enclosure
cc:     All counsel of record



CAUSE NO.2001-CCL-00766-A

FILED FOR RECORD

AT ____ O'CLOCK ____ M

DEC 31 2002

JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § | IN THE COUNTY COURT, |
| PLAINTIFFS | § | |
| | § | |
| VS. | § | AT LAW NO. 1 OF |
| | § | |
| | § | |
| BIGBEE TRANSPORTATION, INC. | § | |
| AND GEORGE TURNER | § | |
| | § | |
| DEFENDANTS | § | CAMERON COUNTY, TEXAS |

## PLAINTIFFS FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **RAMIRO BALLI AND CONSUELO BALLI**, Plaintiffs complaining of Defendants **BIGBEE TRANSPORTATION, INC.** and **GEORGE TURNER** and for cause would show the following:

### I.

Discovery will be conducted under Level II.

### II.

Plaintiffs are now and at all times have been residents of Cameron County, Texas.

Defendant **BIGBEE TRANSPORTATION, INC.** may be served with process by serving its registered agent for service, Ralph E. Thomas, 2025 Highway 45 North, Columbus, Missouri 39705 by certified mail, return receipt requested. Service on this Defendant is not needed at this time.

Defendant **GEORGE TURNER** is an individual and may be served at; 816 Kostmayer, Slidell, LA. 70458 by certified mail, return receipt requested.

## III.

On September 16, 1999, the intersection of International Blvd. and East Washington were public roads located within Brownsville, Cameron County, Texas.

## IV.

On September 16, 1999, Plaintiff **RAMIRO MANUEL BALLI** was operating his black Geo Prizm and Plaintiff **CONSUELO BALLI** was a passenger in said vehicle. Defendant **GEORGE TURNER** while in the course and scope of his employment with Defendant **BIGBEE TRANSPORTATION, INC.** was operating a white Peterbilt tractor truck owned by Defendant **BIGBEE TRANSPORTATION, INC.**

Both vehicles were stopped facing northeast on the right lane of the 1500 block of E. Washington Street, at the intersection of International Blvd. in Brownsville, Cameron County, Texas. Defendant **GEORGE TURNER'S** truck which was behind Plaintiff's vehicle, proceeded forward when it was unsafe to do so and its front bumper collided with the rear bumper of Plaintiff's vehicle. Defendant **GEORGE TURNER** was at fault and was cited for causing the collision made the basis of this lawsuit.

## V.

On September 16, 1999, Defendant **GEORGE TURNER** operated a 1995 White Peterbilt Tractor Truck, owned by Defendant **BIGBEE TRANSPORTATION, INC.**, in a negligent manner when it pulled away unsafely from a stopped position and caused the collision in question in Brownsville, Cameron County, Texas.

## VI.

The accident and resulting damages and injuries to Plaintiffs were proximately caused by Defendants' negligence in the following aspects:

a.) Driver inattention;

b.) Failing to keep a proper lookout as an ordinary person would have kept under the same or similar circumstances;

c.) In failing to operate his vehicle in such manner as a person using ordinary prudence would have operated his vehicle under the same or similar circumstances.

d.) In failing to have proper control of the vehicle Defendant was driving;

e.) Each of these acts and omissions, singularly or in combination with others, constituted negligence, which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

f.) As a direct and proximate result of the negligence of Defendant, Plaintiffs were damaged and injured.

## VII.

On September 16, 1999, Defendant **BIGBEE TRANSPORTATION, INC.** entrusted its company truck to Defendant **GEORGE TURNER** who was driving the vehicle with the knowledge, consent and permission of Defendant **BIGBEE TRANSPORTATION, INC.** Defendant **BIGBEE TRANSPORTATION, INC.** knew or in the exercise of ordinary care should have known that Defendant **GEORGE TURNER** was a reckless,

3

careless or incompetent driver who was unfit to be trusted with custody and control of this vehicle.

## VIII.

As a proximate cause of the negligence of the Defendants, Plaintiffs have suffered personal injuries and have been caused to incur expenses for medical care and treatment.

The medical expenses incurred were necessary for care and treatment of the injuries sustained by Plaintiffs, and the charges made and to be made are usual and customary charges for such services in the place where they incurred. As a proximate cause of the negligence of the Defendants, Plaintiffs will in reasonable medical probability continue to incur in the future, medical expenses for the treatment of their injuries.

## IX.

Plaintiffs have been caused to endure great mental and physical pain and suffering as a result of the negligence of the Defendants and will in reasonable medical probability continue to suffer both physical and mental pain and suffering for the rest of their lives. They have suffered loss of wages, permanent loss of wage earning capacity, past medical expenses, future medical expenses and physical impairment in the past and future. Plaintiffs seek damages in an amount not to exceed Seven Hundred Fifty Thousand Dollars ($750,000.00).

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs pray for judgment in the amount in excess of the minimum jurisdiction limits of this court, not to exceed $750,000.00 together with court costs, pre-judgment and post–judgment interest and

disbursements herein. Plaintiffs further pray for such other and further relief, as the Court may deem proper.

Respectfully Submitted,

*The Law Office of Eddie Trevino, Jr.*
545 E. 7th Street
Brownsville, Texas 78520
Tel No. (956) 554-0683
Fax No. (956) 554-0693

By: _____
       Eddie Trevino, Jr.

PLAINTIFFS HEREBY DEMAND
TRIAL BY JURY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent on the _3 1st_ day of _December_ , 2001 by hand delivery, regular U.S. mail, by facsimile or by certified mail, return receipt requested to the following parties or attorneys:

L.Nelson Hall
*DUNN & WEATHERED, P.C.*
Attorneys at Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

_____
**Eddie Trevino, Jr.**

Citation for Personal Service   - BY CERTIFIED MAIL      Lit. Seq. # 5.004.01

No. 2001-CCL-00766-A

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: GEORGE TURNER

816 KOSTMAYER
SLIDELL, LA.
70458

the     DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
FIRST AMENDED ORIGINAL PETITION
at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 1 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
EDDIE TREVINO JR     (Attorney for Plaintiff or Plaintiff),
whose address is 3505 BOCA CHICA BLVD. BROWNSVILLE TEXAS 78521
on the 31st day of DECEMBER , A.D. 2001, in this case numbered 2001-CCL-00766-A
on the docket of said court, and styled,

RAMIRO BALLI AND CONSUELO BALLI
vs.
BIGBEE TRANSPORTATION, INC. AND GEORGE TURNER

The nature of Plaintiff's demand is fully shown by a true and correct copy
of Plaintiff's     FIRST AMENDED ORIGINAL PETITION
accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 4th day of JANUARY , A.D. 2002.

JOE G. RIVERA    , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By:                   , Deputy
ADRIANE DAZA

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 4th of
JANUARY , 2002, I mailed to
GEORGE TURNER
by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. 0598951913
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

JOE G. RIVERA     County Clerk
Cameron County, Texas



U.S. Postal Service
CERTIFIED MAIL RECEIPT
*Domestic Mail Only, No Insurance Coverage Provided*

Article Sent To

George Turner

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7099 0005 8795 1414

# CIVIL DOCKET

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | (00454801) EDDIE TREVINO JR | (01)<br><br>SUIT ON DAMAGES |
| VS | | |
| BIGBEE TRANSPORTATION, INC. AND GEORGE TURNER | | |

| DATE OF ORDERS | COURT'S DOCKETS | PAPERS FILED - (CL |
|---|---|---|
| 10-1-01 | Order setting hearing date on special exception on 11-13-01 @ 9:08 am. Signed. RHG (MG) | |
| 11-13-01 | Rule 11 Agreement signed by both parties. (MG)<br>Case passed. | |