3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § § § | |
| V. | § § | CIVIL ACTION NO. B-02-003 |
| BIGBEE TRANSPORTATION, INC., AND GEORGE TURNER | § § | |

**DEFENDANT, BIGBEE TRANSPORTATION, INC.'S
<u>CERTIFICATE OF FINANCIALLY INTERESTED PERSONS</u>**

Bigbee Transportation, Inc., one of the named Defendants, certifies the following list of persons or entities that are financially interested in the outcome of this litigation:

1. Bigbee Transportation, Inc., a Missouri Corporation.

2. The Travelers Indemnity Company of America, a subsidiary of The Travelers Insurance Company, a subsidiary of <u>Citigroup</u>.

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY: /s/ L. Nelson Hall
L. Nelson Hall (Fed. ID 6142)
State Bar No. 08785800
**COUNSEL FOR DEFENDANT,
BIGBEE TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 28 January 2002.

_____
L. Nelson Hall

**VIA FIRST CLASS MAIL**
Mr. Eddie Trevino, Jr.
LAW OFFICE OF EDDIE TREVINO, JR.
545 E. 7th Street
Brownsville, Texas 78520

2