4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

FEB 0 7 2002

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-003 |
| BIGBEE TRANSPORTATION, INC., AND GEORGE TURNER | § § § | |

## PLAINTIFF'S RAMIRO BALLI AND CONSUELO BALLI CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Ramiro Balli and Consuelo Balli, Plaintiffs, certify the following list of persons or entities that are financially interested in the outcome of this litigation:

1. Ramiro Balli and Consuelo Balli;
2. Bigbee Transportation, Inc.;
3. George Turner and;
4. The Travelers Indemnity Company of America, a subsidiary of the Travelers Insurance Company, a subsidiary of Citigroup.

Respectfully Submitted,

*The Law Office of Eddie Trevino, Jr.*
700 Paredes Ave., Suite 103
Brownsville, Texas 78521
Tel No. (956) 554-0683
Fax No. (956) 554-0693

By: _____
Eddie Trevino, Jr.
State Bar No. 20211135
Fed. I.D. 11628

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent on the \_\_\_7th\_\_\_ day of February\_\_\_, 2002 by hand delivery, regular U.S. mail, by facsimile or by certified mail, return receipt requested to the following parties or attorneys:

L. Nelson Hall
***DUNN & WEATHERED, P.C.***
Attorneys at Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

By: _____.
Eddie Trevino, Jr.