6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**MAY 0 3 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **RAMIRO BALLI and CONSUELO BALLI** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action NO. B-02-003** |
| **BIGBEE TRANSPORTATION, INC., and GEORGE TURNER** | § § § | |
| **Defendants.** | § § | |

## ORDER

BE IT REMEMBERED that on May 2, 2002, the Court considered the Parties' Joint Discovery / Case Management Plan [Dkt. No. 5], in which they indicate that the Parties do not object to trial before a magistrate judge [¶ 17].

The case is hereby referred to Magistrate Judge Felix Recio for Management through trial. The pre-trial conference scheduled for May 13, 2002 is hereby cancelled until further notice by the Magistrate Judge.

DONE at Brownsville, Texas, this 2nd day of May, 2002.

Hilda G. Tagle
United States District Judge