# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

RAMIRO BALLI, ET AL        *
       *
vs        *    CIVIL ACTION NO. B-02-003

BIGBEE TRANSPORTATION, INC., ET AL *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

### TELEPHONIC INITIAL PRETRIAL CONFERENCE
(The call shall be initiated by the Plaintiffs' counsel.)

May 13, 2002, @ 2:00 P.M.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

---

PLACE:     UNITED STATES DISTRICT COURT
             600 E. Harrison, 2nd Floor
             Brownsville, Texas 78520
             (956) 548-2701

---

BY ORDER OF THE COURT

May 3, 2002

cc:     Counsel of Record