UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAMIRO BALLI AND CONSUELO BALLI § | |
| § | |
| vs. § | CIVIL ACTION NO. B-02-003 |
| § | |
| BIGBEE TRANSPORTATION, INC., § | |
| AND GEORGE TURNER § | |

PLAINTIFFS RAMIRO BALLI AND CONSUELO BALLI
RULE 26 INITIAL DISCLOSURES

TO:   Bigbee Transportaion, Inc., Defendant, by their attorney of record, L. Nelson Hall, *DUNN & WEATHERED, P.C.*, 611 S. Upper Broadway, Corpus Christi, Texas 78401

Pursuant to provisions of FED. R. CIV. P. 26(a)(1) and (2), Plaintiffs Ramiro Balli and Consuelo Balli, make the accompany initial disclosures of (1) individuals likely to have discoverable information relevant to disputed facts, of documents in its possession, custody, or control relevant to disputed facts, and of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action, and (2) of the identity of any person who may be used at trial to present opinion or expert testimony Plaintiff's would also refer to their responses and documents previously provided to Defendant's Request for Disclosure.

Respectfully submitted,

*The Law Office of Eddie Trevino, Jr.*
700 Paredes Ave., Suite 103
Brownsville, Texas 78521
Telephone (956) 554-0683
Facsimile (956) 554-0693

By: _____
Eddie Trevino, Jr.
Federal ID 11628
State Bar No. 20211135

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent on the ___8th___ day of ___May___, 2002 by hand delivery, regular U.S. mail, by facsimile or by certified mail, return receipt requested to the following parties or attorneys:

L. Nelson Hall
***DUNN & WEATHERED, P.C.***
Attorneys at Law
611 S. Upper Broadway
Corpus Christi, Texas 78401

By: _____
Eddie Trevino, Jr.

## **RELEVANT PERSONS**

1. George Turner, last known address, 50140 School House Road, Aberdeen, MS 39730; driver of truck involved in accident

2. Jimmy Rhey, last known address, 2025 Highway 45 N. Columbus, MS; passanger in truck driven by George Turner and witness to the accident

3. Mr. Robert Henderson, BIGBEE TRANSPORTATION, INC., P.O. Box 9010, Columbus, Mississippi 39705; Safety Operations Manager

4. David Dale, Brownsville Police Department, Brownsville, Texas; investigating police officer

5. Alberto Solis, Cardenas Motors, Inc., 1500 North Expressway, Brownsville, Texas 78521; provided damage appraisal for Plaintiffs' vehicle

6. Scott Kucia, South Texas Appraisal Service, Inc., P.O. Box 48, Harlingen, Texas 78551; provided damage appraisal for Plaintiffs' vehicle

7. Robert Luna, Luke Fruia Motors, 2645 Barnard Road, Brownsville, Texas 78520; provided damage appraisal for Plaintiff's' vehicle (956)

8. Elsa Saldivar as Custodian of Medical Records for Mike Sweeney M.D., 1090 E. Alton Gloor Blvd., Brownsville, Texas 78520 (956) 542-1850

9. Deborah Ann Alcocer as Custodian of Medical Records for Dolly Vinsant Memorial, P.O. Box 42, San Benito, Texas 76586 (956) 361-0615

10. Xochitl Rodriguez as Custodian of Medical Records for Brownsville Open MRI, 908 Paredes Line Road, Brownsville, Texas 78521 (956) 541-4488

11. Diane Clark as Custodian of Medical Records and Minerva Coronado as Custodian of Billing Records for Valley Regional Medical Center, P.O. Box 3710, Brownsville, Texas 78521 (956) 350-7436

12. Brownsville Physical Therapy, 1714 Boca Chica Blvd., Brownsville, Texas 78520 (956) 544-2401

13. South Texas Neurological Center, P.O. Box 1287, McAllen, Texas 78502-7885 (956) 687-8944

14. Coastal Radiology Consultants, P.O. Box 201178, Houston, Texas 77216 (956) 550-8944

15. Empi, Inc., P.O. Box 71519, Chicago, IL. 60694-1519 (956) 550-8944

16. Dr. Mike Sweeney, 1090 E. Alton Gloor Blvd., Brownsville, Texas 78520 (956) 542-1850

17. Dolly Vinsant Memorial, P.O. Box 42, San Benito, Texas 76586 (956) 361-0915

18. Brownsville Open MRI, 908 Paredes Line Road, Brownsville, Texas 78521 (956) 541-4488

19. Valley Regional Medical Center, P.O. Box 3710, Brownsville, Texas 78521 (956) 350-7436

20. Dr. Abraham Cano M.D., Ed Carey Dr. Family Medical Center, 2401 Ed. Carey Dr., Ste. A, Harlingen, Texas 78550 (956) 425-9181

21. Thomas Pirtle, M.D., Brownsville Open MRI, 908 Paredes Line Rd., Brownsville, Texas 78521 (956) 541-4488

22. Kent Roberts, M.D., Valley Regional Medical Ctr., Main Facility, 100 A Alton Gloor Blvd. Brownsville, Texas 78521 (956) 350-7525

## RELEVANT DOCUMENTS

1. Texas Peace Officer's Accident Report
2. Cardenas Motors, Inc., appraisal for Plaintiff's vehicle
3. South Texas Appraisal Service, Inc., appraisal for Plaintiff's vehicle
4. Luke Fruia Motors appraisal for Plaintiff's vehicle
5. All medical records on Plaintiffs Ramiro and Consuelo Balli previously provided to Defendant

## RELEVANT PERSONS TO GIVE EXPERT EVIDENCE AT TRIAL

1. Elsa Saldivar as Custodian of Medical Records for Mike Sweeney M.D., 1090 E. Alton Gloor Blvd., Brownsville, Texas 78520 (956) 542-1850

2. Dr. Mike Sweeney, 1090 E. Alton Gloor Blvd., Brownsville, Texas 78520 (956) 542-1850

3. Deborah Ann Alcocer as Custodian of Medical Records for Dolly Vinsant Memorial, P.O. Box 42, San Benito, Texas 76586 (956) 361-0615

4. Dr. Abraham Cano M.D., Ed Carey Dr. Family Medical Center, 2401 Ed. Carey Dr., Ste. A, Harlingen, Texas 78550 (956) 425-9181

5. Xochitl Rodriguez as Custodian of Medical Records for Brownsville Open MRI, 908 Paredes Line Road, Brownsville, Texas 78521 (956) 541-4488

6. Thomas Pirtle, M.D., Brownsville Open MRI, 908 Paredes Line Rd., Brownsville, Texas 78521 (956) 541-4488

7. Diane Clark as Custodian of Medical Records and Minerva Coronado as Custodian of Billing Records for Valley Regional Medical Center, P.O. Box 3710, Brownsville, Texas 78521 (956) 350-7436

8. Kent Roberts, M.D., Valley Regional Medical Ctr., Main Facility, 100 A Alton Gloor Blvd. Brownsville, Texas 78521 (956) 350-7525

## **INSURANCE AGREEMENT**

Special Business Policy No. P-820-999K0047-TIA-99 with Travelers Property Casualty for Bigbee Transportation, Inc.; policy period: 04/25/99 to 04/25/00; policy limits 5,000,000 for any one accident (document previously provided by counsel for Defendant.)