CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

MAY 13 2002

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Date:   May 13, 2002, 2:00 p.m.
-----------------------------------------------------------------
                     C. A. NO. B-02-003 (HGT)
-----------------------------------------------------------------
| RAMIRO BALLI                | * | Eddie Trevino, Jr. |
| And CONSUELO BALLI          | * | "                  |
|     VS                      | * |                    |
| BIGBEE TRANSPORTATION, INC. | * | L. Nelson Hall     |
| And GEORGE TURNER           | * |                    |
-----------------------------------------------------------------

TELEPHONIC INITIAL PRETRIAL CONFERENCE

Conference held with attorneys Trevino and Hall.

Defendant TURNER has not been served.

The parties agreed to the docket dates. A scheduling order will be issued. The December 6, 2002, final pretrial and jury selection setting may need to be rescheduled if attorney Trevino is still in trial. Both attorneys agreed to December 9, 2002, final pretrial and jury selection setting in the alternative.

The parties agreed to trial before this Court. A 636(c) consent will be submitted.