*10*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RAMIRO BALLI | § | |
|---|---|---|
| VS | § | CIVIL ACTION NO. B02-003 |
| BIGBEE TRANSPORTATION, INC., ET AL | § | |

United States District Court
Southern District of Texas
ENTERED

MAY 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### SCHEDULING ORDER

1. Trial: Estimated time to try: __2__ days.　　　　☐ Bench　　☑ Jury

2. New parties must be joined by:　　　　　　　　　　　　　　　　NA
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:　　August 30, 2002

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.　　September 30, 2002

5. Discovery must be completed by:　　　　　　　　　　　　　October 15, 2002
   *Counsel may agree to continue discovery beyond the deadline, but there will be
   no intervention by the Court. No continuances will be granted because of
   information acquired in post-deadline discovery.*

******************** The court will provide these dates. *************************

6. Dispositive Motions will be filed by:　　　　　　　　　　　November 01, 2002

7. Joint pretrial order is due:　　　　　　　　　　　　　　　November 15, 2002
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio
   is set for 10:30 a.m. on:　　　　　　　　　　　　　　　　December 06, 2002
   *The case will remain on standby until tried.*

9. The jury trial selection set before Judge Recio at 1:30 p.m. on:　December 06, 2002

10. The case will remain on standby until tried.

    Signed May 13, 2002, at Brownsville, Texas.

                                          _____
                                          Felix Recio
                                          United States Magistrate Judge