## UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RAMIRO BALLI & CONSUELO BALLI | * | |
| VS | * | C.A. NO. B-02-003 |
| BIGBEE TRANSPORTATION, INC. And GEORGE TURNER | * * | |

United States District Court
Southern District of Texas
ENTERED

JUN 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Plaintiffs | 5/20/02 |
| [signature] | Def - Bigbee Transp. | 5/22/02 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

6/11/02
Date

[signature]
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**