UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § § § | |
| V. | § | CIVIL ACTION NO. B-02-003 |
| | § | |
| BIGBEE TRANSPORTATION, INC., AND GEORGE TURNER | § § § | |

### DEFENDANT, BIGBEE TRANSPORTATION, INC.'S
### NOTICE OF SUBSTITUTION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

Bigbee Transportation, Inc., Defendant in the above-entitled and numbered cause, files the following notice of substitution of attorney in charge:

1. Defendant's current attorney-in-charge is L. Nelson Hall of the firm, Dunn & Weathered, P.C., in Corpus Christi, Texas. Defendant wishes to substitute David J. Dunn, of the same firm, as its new attorney-in-charge. Mr. Dunn's address, telephone number and facsimile number are the same as Mr. Hall's. Mr. Dunn's state bar number and federal identification number appear below, under his signature. Mr. Dunn is a member in good standing of the bar of the United States District Court for the Southern District of Texas. Mr. Hall shall remain of counsel in the case.

2. Substitution of Mr. Dunn as attorney-in-charge will not delay these proceedings.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 [FAX 883-1599]

BY: _____
L. Nelson Hall, Of Counsel
State Bar No. 08785800; Fed. ID 6142

BY: _____
David J. Dunn, Attorney-in-Charge
State Bar No. 06243500; Fed. ID 2438
**COUNSEL FOR DEFENDANT, BIGBEE TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 13 November 2002.

_____
David J. Dunn

**VIA FIRST CLASS MAIL**
Mr. Eddie Trevino, Jr.
LAW OFFICE OF EDDIE TREVINO, JR.
545 E. 7th Street
Brownsville, Texas 78520