

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § § § | |
| V. | § § | CIVIL ACTION NO. B-02-003 |
| BIGBEE TRANSPORTATION, INC., AND GEORGE TURNER | § § § | |

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DEPOSITION)

Defendant, Bigbee Transportation, Inc., asks the court to quash the plaintiffs' notice of oral deposition of Mike Sweeney, M.D.

1. On 8 November 2002, Plaintiffs, Ramiro Balli and Consuelo Balli, through their attorney of record, served their notice of intention to take the oral/video deposition of Mike Sweeney, M.D. Accompanying is a true copy of Defendant's service copy of Plaintiffs' notice. The deponent is a non-party witness, specifically the plaintiffs' principal treating physician.

2. The Scheduling Order entered by this Court specifically states that discovery must be completed by October 15, 2002. A true and correct copy of the Scheduling Order has been attached hereto and marked as **EXHIBIT A**. Counsel for this Defendant did not agree to take the deposition of Dr. Mike Sweeney beyond the deadline for discovery imposed by this Court. Defendant therefore requests that this Court quash the deposition notice of Dr. Sweeney.

3.  Defendant's undersigned attorney of record unsuccessfully has in good faith conferred with Plaintiffs' attorney of record in an effort to resolve this dispute without court action.

For the reasons stated herein Defendant respectfully requests that this Court quash the deposition of Mike Sweeney, M.D.

Respectfully submitted,

DUNN & WEATHERED, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361) 883-1594 (FAX 883-1599)

BY: _____
David J. Dunn, Attorney-in-Charge
SBN 06243500 (Fed. ID 2438)
L. Nelson Hall, Of Counsel
SBN 08785800 (Fed. ID 6142)
**COUNSEL FOR DEFENDANT, BIGBEE TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all known counsel of record in the manner indicated on this date of 13 November 2002.

_____
David J. Dunn

**VIA FIRST CLASS MAIL**
Mr. Eddie Trevino, Jr.
LAW OFFICE OF EDDIE TREVINO, JR.
545 E. 7th Street
Brownsville, Texas 78520

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § § § | |
| vs. | § | CIVIL ACTION NO. B-02-003 |
| | § § | |
| BIGBEE TRANSPORTATION, INC., AND GEORGE TURNER | § § | |

<u>PLAINTIFFS RAMIRO BALLI AND CONSUELO BALLI
NOTICE OF INTENTION TO TAKE ORAL/VIDEO DEPOSITION OF
MIKE SWEENEY M.D.</u>

TO:   Mike Sweeney, M.D.
      *Renaissance Orthopaedics PA*
      512 E. Dove
      McAllen, Texas 78504
      Telephone:  (956) 664-2600
      Facsimile:  (956) 664-9141

PLEASE TAKE NOTICE that the oral deposition of *Mike Sweeney, M.D.* will be taken pursuant to the provisions of the Texas Rules of Civil Procedure at Renaissance Orthopaedic, PA, located at *1090 E. Alton Gloor*, Brownsville, Texas 78521 commencing at *6:00 p.m.* on the *20th* day of *November, 2002*.

It is hereby requested that the witness appear at such time and place for the purpose of giving her deposition in this cause, which deposition shall be taken before a certified court reporter from Bryant & Stingley, Inc., and may be used as evidence during the trial of this cause, and will continue from day to day until completed.

PLEASE TAKE NOTICE that pursuant to the Texas Rules of Civil Procedure, that this deposition will be recorded on videotape and/or cassette, in addition to the usual stenographic recording.

Respectfully submitted,

*The Law Office of Eddie Trevino, Jr.*
700 Paredes Ave. Suite 103
Brownsville, Texas 78521
Telephone (956) 554-0683
Facsimile (956) 554-0693

By: _____
Eddie Trevino, Jr.
State Bar No. 20211135
Federal I.D. 11628
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent on the 8th day of November, 2002 by hand delivery, regular U.S. mail, by facsimile or by certified mail, return receipt requested to the following parties or attorneys:

L.Nelson Hall
*DUNN & WEATHERED, P.C.*
Attorneys at Law
611 S. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 883-1594
Facsimile: (361) 883-1599

*Via Fax (361) 883-1599 & Regular Mail*

Mike Sweeney, M.D.
*Renaissance Orthopaedics PA*
512 E. Dove
McAllen, Texas 78504
Telephone: (956) 664-2600
Facsimile: (956) 664-9141

*Via Fax (956) 664-9141 & Regular Mail*

By: _____
Eddie Trevino, Jr.

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RAMIRO BALLI | § | United States District Court<br>Southern District of Texas<br>ENTERED |
|---|---|---|
| VS | § CIVIL ACTION NO. B02-003 | MAY 15 2002 |
| BIGBEE TRANSPORTATION, INC., ET AL | § | Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

### SCHEDULING ORDER

1. Trial: Estimated time to try: __2__ days.   ☐ Bench  ☑ Jury

2. New parties must be joined by:   __NA__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:   August 30, 2002

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   September 30, 2002

5. Discovery must be completed by:   October 15, 2002
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************* The court will provide these dates. *************************

6. Dispositive Motions will be filed by:   November 01, 2002

7. Joint pretrial order is due:   November 15, 2002
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio is set for 10:30 a.m. on:   December 06, 2002
   *The case will remain on standby until tried.*

9. The jury trial selection set before Judge Recio at 1:30 p.m. on:   December 06, 2002

10. The case will remain on standby until tried.

Signed May 13, 2002, at Brownsville, Texas.

LNH
MAR ✓
COMP ✓

Felix Recio
United States Magistrate Judge

EXHIBIT A