*17*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAMIRO BALLI, ET AL | * |
| | * |
| VS | *   C.A. NO. B-02-003 |
| | *        (636(c)) |
| BIGBEE TRANSPORTATION, INC., ET AL | * |

**ORDER DENYING PLAINTIFFS' MOTION FOR**
**PROTECTIVE ORDER (DEPOSITION UPON WRITTEN QUESTIONS)**

On this the 20th day of November 2002, came on to be considered Plaintiffs Motion for Protective Order (Deposition Upon Written Questions), in the above-captioned and numbered cause of action, and the Court, having considered said Motion, finds that said Motion should be and is hereby **DENIED**.

DONE at Brownsville, Texas, on 20th day of November 2002.

_____
Felix Recio
United States Magistrate Judge