## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

RAMIRO BALLI, ET AL      *
     *
VS      *    C.A. NO. B-02-003
     *         (636(c))
BIGBEE TRANSPORTATION, INC., ET AL      *

### ORDER DENYING DEFENDANT'S MOTION
### FOR PROTECTIVE ORDER (DEPOSITION)

On this the 20th day of November 2002, came on to be considered Defendant BIGBEE TRANSPORTATION, INC.'s Motion for Protective Order (Deposition), in the above-captioned and numbered cause of action, and the Court, having considered said Motion, finds that said Motion should be and is hereby **DENIED**.

DONE at Brownsville, Texas, on 20th day of November 2002.

_____
Felix Recio
United States Magistrate Judge