| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

RAMIRO BALLI, ET AL                       §

         VS                               §   C.A. NO. B-02-003
                                              (636(c))
BIGBEE TRANSPORTATION, INC., ET AL        §

United States District Court
Southern District of Texas
ENTERED

NOV 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER GRANTING DEFENDANT'S
FIRST MOTION FOR CONTINUANCE

Defendant First Motion for Continuance, in the above-entitled and numbered cause of action, is hereby GRANTED. ACCORDINGLY,

IT IS HEREBY ORDER THAT:

1. Trial: Estimated time to try: __2__ days.                        ☐ Bench    ☐ Jury

2. New parties must be joined by:                                              NA
    Furnish a copy of this scheduling order to new parties.

3. The plaintiff(s)' experts will be named with a report furnished by:  December 02, 2002

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.

5. Discovery must be completed by:                                      January 15, 2003
    Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.

********************   The court will provide these dates.   ********************

6. Dispositive Motions will be filed by:                                February 03, 2003

7. Joint pretrial order is due:                                         February 18, 2003
    The plaintiff(s) is responsible for filing the pretrial order on time.

8. Docket call and final pretrial conference before Judge Recio
   is set for 2:00 p.m. on:                                             March 06, 2003

9. The jury selection before Judge Recio is set for 9:00 a.m. on:       March 07, 2003

The case will remain on standby until tried.

Signed November 20, 2002, at Brownsville, Texas.

                                                    Felix Recio
                                                    United States Magistrate Judge