UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMIRO BALLI AND CONSUELO BALLI | § § § | |
| V. | § § | CIVIL ACTION NO. B-02-003 |
| BIGBEE TRANSPORTATION, INC., AND GEORGE TURNER | § § § | |

### AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs Ramiro Balli and Consuelo Balli and the Defendants in the above styled and numbered cause and make and file this their Agreed Motion to Dismiss, respectfully showing unto the Court as follows:

1. Plaintiffs Ramiro Balli and Consuelo Balli and Defendant Bigbee Transportation, Inc., hereto have agreed to a full and final settlement of any and all claims which have been asserted by Plaintiffs against Defendants.

WHEREFORE, PREMISES CONSIDERED, the parties hereto respectfully pray that this Honorable Court dismiss all claims made by Plaintiffs Ramiro Balli and Consuelo Balli against the Defendants named herein, with prejudice, with costs of Court to be paid by the party who incurred same.

Respectfully submitted,

**DUNN & WEATHERED, P.C.**
611 South Upper Broadway
Corpus Christi, Texas 78401
(361)883-1594
(361)883-1599 Fax

BY: _____
David J. Dunn, Attorney-in-Charge
State Bar No. 06243500; Fed. ID 2438
**COUNSEL FOR DEFENDANT
BIGBEE TRANSPORTATION, INC.**

**AGREED TO:**

**LAW OFFICE OF EDDIE TREVINO, JR.**
700 Paredes Ave., Suite 103
Brownsville, Texas 78520
956-554-0683
956-554-0693 Fax

BY: _____
Eddie Trevino, Jr.
State Bar No. 20211135; Fed. ID 11628

**ATTORNEY FOR PLAINTIFFS
RAMIRO BALLI AND CONSUELO BALLI**