UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAMIRO BALLI AND CONSUELO BALLI § | |
| § | |
| V. § | CIVIL ACTION NO. B-02-003 |
| § | (636(c)) |
| BIGBEE TRANSPORTATION, INC., § AND GEORGE TURNER § | |

### AGREED ORDER OF DISMISSAL

On this the 19th day of December, 2002, came on for consideration, an Agreed Motion to Dismiss the above styled and numbered cause, and the Court having considered same, and finding that all parties hereto are in agreement that said Motion should be granted;

IT IS ACCORDINGLY ORDERED, ADJUDGED and DECREED that all claims asserted or that could have been asserted by Plaintiffs Ramiro Balli and Consuelo Balli against the Defendants in the above-styled and numbered cause are hereby dismissed, with prejudice, with costs of Court to be paid by the party who incurred same.

SIGNED AND ORDERED ENTERED this the 19th day of December, 2002.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND CONTENT:

DUNN & WEATHERED, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
(361)883-1594
(361)883-1599 Fax

BY: _____
David J. Dunn, Attorney-in-Charge
State Bar No. 06243500; Fed. ID 2438

ATTORNEYS FOR DEFENDANT
BIGBEE TRANSPORTATION, INC.

LAW OFFICE OF EDDIE TREVINO, JR.
700 Paredes Avenue, Suite 103
Brownsville, Texas 78520
956-554-0683
956-554-0693 Fax

BY: _____
Eddie Trevino, Jr., Attorney-in-Charge
State Bar No. 20211135; Fed. ID 11628

ATTORNEYS FOR PLAINTIFFS
RAMIRO BALLI AND CONSUELO BALLI